**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                          CASE NO. 3:22-cr-117-TJC-MCR

OSCAR RENE SANTOS-SANTOS

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P. and Rule 1.02, M. D. Fla. Rules, and has entered a plea of guilty to Count Two and Four of the Superseding Indictment. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary, and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses. I therefore recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly. The parties agreed to waive the fourteen (14) day period to object to this Report and Recommendation.

**DONE** and **ORDERED** in Jacksonville, Florida on this 29th day of June, 2023.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

2

Copies furnished to:
Honorable Timothy J. Corrigan
United States District Judge
Aileen Manrique, Courtroom Deputy
United States Probation Office
United States Marshal Service
United States Pretrial Services